United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEWART INIGUEZ and SHERRILL INIGUEZ,

    Plaintiffs,

  v.

VANTIUM CAPITAL, INC. a/k/a ACQURA LOAN SERVICES, also as attorney-in-fact for CASTLE PEAK 2010-1 LOAN TRUST; CITIMORTGAGE, INC.; MORTGAGE MASTER, INC. d/b/a MORTGAGE MASTER PACIFIC; FIRST AMERICAN TITLE COMPANY; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100 INCLUSIVE,

    Defendants.

 /

No. C 13-00037 WHA

**ORDER RE REQUEST FOR CONTINUANCE RE DEFENDANTS' MOTIONS TO DISMISS**

In this action arising out of a mortgage foreclosure on plaintiffs' house, counsel for plaintiffs has filed a request for a continuance of defendants' motions to dismiss. There are currently three motions to dismiss, filed January 31, 2013, and set for hearing on March 7. Plaintiff filed a motion to remand on February 10, which is set for hearing on March 14.

The reasons given for the requested continuance are that: (1) counsel for plaintiffs was only recently retained, on February 8, and (2) plaintiffs' motion for remand will be dispositive, as plaintiffs contend that this Court lacks subject-matter jurisdiction over this action and that it should be remanded to state court. In the interest of judicial efficiency, all four motions are hereby **SET FOR HEARING ON MARCH 21**. Plaintiffs may have until **FEBRUARY 21** to file

responses to the motions to dismiss; defendants may file replies by **FEBRUARY 28.** Defendant's opposition to the motion to remand is due by **MARCH 1**, with plaintiffs' reply due by **MARCH 8.**

**IT IS SO ORDERED.**

Dated: February 11, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE