IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEWART INIGUEZ and SHERRILL INIGUEZ,

    Plaintiffs,

  v.

VANTIUM CAPITAL, INC. a/k/a ACQURA LOAN SERVICES, ALSO AS ATTORNEY-IN-FACT FOR CASTLE PEAK 2010-1 LOAN TRUST; CITIMORTGAGE INC.; MORTGAGE MASTER, INC. d/b/a MORTGAGE MASTER PACIFIC; FIRST AMERICAN TITLE COMPANY; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100 INCLUSIVE,

    Defendants.

No. C 13-00037 WHA

**NOTICE REGARDING DOCKET NUMBER 50**

The Court has received plaintiffs' notice of dismissal "of all federal claims and/or causes of action in this matter with prejudice" (Dkt. No. 50). The Court thanks plaintiffs for the notice and reiterates that the order regarding the motion to remand requires that plaintiffs file herein an unambiguous amended pleading that alleges only state claims. A notice of intent to do so once the action is remanded to state court is not sufficient. The deadline for filing such an amended pleading remains by **NOON ON APRIL 1**.

**IT IS SO ORDERED.**

Dated: March 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE