IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEWART INIGUEZ and SHERRILL INIGUEZ,

    Plaintiffs,

  v.

VANTIUM CAPITAL, INC. a/k/a ACQURA LOAN SERVICES, ALSO AS ATTORNEY-IN-FACT FOR CASTLE PEAK 2010-1 LOAN TRUST; CITIMORTGAGE INC.; MORTGAGE MASTER, INC. d/b/a MORTGAGE MASTER PACIFIC; FIRST AMERICAN TITLE COMPANY; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1–100 INCLUSIVE,

    Defendants.

No. C 13-00037 WHA

**ORDER GRANTING MOTION TO REMAND**

    In this foreclosure action, plaintiffs Stewart and Sherrill Iniguez commenced the present action in Sonoma County Superior Court. Following defendants' removal of the action to federal court in January 2013, plaintiffs filed a motion to remand. A prior order on the motion to remand found that the parties were not diverse (Dkt. No. 49). With regard to federal-question jurisdiction, plaintiffs' complaint made several ambiguous references to federal law, although the complaint contained only state law claims for relief. The order provided that plaintiffs would be allowed one week to "dismiss all federal claims with prejudice in an *unambiguous* pleading and limit the relief sought to state law claims," after which the court would remand the case.

Plaintiffs have now timely filed a first amended complaint which contains no reference to federal law and, therefore, complies with the order regarding remand (Dkt. No. 52). Accordingly, and pursuant to the order regarding remand, plaintiffs' motion to remand is hereby **GRANTED** and defendants' motions to dismiss are **DENIED AS MOOT**. The Clerk shall remand this action to the Superior Court of California, County of Sonoma.

**IT IS SO ORDERED.**

Dated: April 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE